UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

NANCY HUDSON,
Individually and as Executor
De Son Tort of the Estate of
BORIE HUDSON,

    Plaintiff,

vs.                                CASE NO.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

Plaintiff sues Defendant and states at all material times:

1. Plaintiff brings this negligence claim under the Federal Tort Claims Act (FTCA) for damages caused by the negligence of an employee of the Veterans Administration in the Middle District of Florida while acting within the course and scope of his position and under circumstances where the Defendant, if a private person, would be liable to the Plaintiffs. *See* 28 U.S.C. §§ 2671 et seq.

2. The Court has subject matter jurisdiction over the claims in this lawsuit. *See* 28 U.S.C. §§1331, 1346(b)(1).

3. This Court is a proper forum located in the proper venue because the Plaintiff's claims against the Defendant arose in the Middle District of Florida, the Plaintiff resides in the Middle District of Florida, this Court has

    subject matter jurisdiction over the claims made, and this Court has personal jurisdiction over the parties. *See* 28 U.S.C. §1402(b).

4. Plaintiff satisfied all conditions precedent or they are waived, including but not limited to, all provision of Chapter 766 of the Florida Statutes and/or the presuit requirements of the FTCA. *See* U.S.C. §2675(a). Exhibit A is a copy of the VA's letter. Exhibit B is a copy of the VA's letter denying the Plaintiff's claim.

5. The Plaintiff, NANCY HUDSON, is a resident of Lake City, Florida.

6. At all times material hereto, Nancy Hudson was married to Borie Hudson.

7. Nancy Hudson brings this claim on behalf of herself individually and as Executor De Son Tort of the Estate of her deceased husband, Borie Hudson.

8. On September 25, 2018, Nancy Hudson was operating her Ford pickup truck in a southerly direction on US 441 in Lake City, Florida.

9. At said time and place, Ladaniel McCray was operating a bus within the course and scope of his employment with the U.S. Department of Veterans Affairs in a southerly direction on US 441 immediately behind the vehicle being operated by Nancy Hudson.

10. At said time and place, Borie Hudson was a passenger in the Ford pickup truck being operated by his wife, Nancy Hudson.

11. At said time and place, Ladaniel McCray operated the bus he was driving in a negligent manner causing it to collide with the rear end of the Ford pickup truck being driven by Nancy Hudson and occupied by Borie Hudson.

## COUNT I

### Claim of Nancy Hudson

12. Plaintiff incorporates paragraphs 1 through 11.

13. As a direct and proximate result of the negligence of Ladaniel McCray committed within the course and scope of his employment with the Defendant, the Plaintiff suffered permanent bodily injury, pain, disability, mental anguish, disfigurement, painful treatment, loss of the capacity for the enjoyment of life, medical and injury related expenses, and aggravation of a previously existing condition. The losses are permanent and Plaintiff will suffer them in the future.

WHEREFORE, the Plaintiff asks for

(a) Judgment against Defendant for damages in an amount proven at trial subject to the limitations of 27 U.§2675(b); and

(b) Cost of suit.

## COUNT II

### Claim of Borie Hudson

14. Plaintiff incorporates paragraphs 1 through 11.

15. As a direct and proximate result of the negligent acts of Defendant's employee, Ladaniel McCray, the Plaintiff, Borie Hudson suffered permanent bodily injury, pain, disability, mental anguish, disfigurement, painful treatment, loss of the capacity for the enjoyment of life, medical and injury related expenses and aggravations of a previously existing condition, from

September 25, 2018 through June 27, 2019, when Borie Hudson died from causes unrelated to the accident which is the subject of this lawsuit.

WHEREFORE, Plaintiff asks for:

(a) Judgment against Defendant for damages in an amount proven at trial subject to the limitations of 27 U.§2675(b); and

(b) Cost of suit.

DATED this 1st day of June, 2021.

PERRY & VLOEDMAN

*/s/ D. Andrew Vloedman*
**D. Andrew Vloedman**
Florida Bar No. 0327468
3701 NW 40th Terrace, Ste. 2
Gainesville, FL  32606
Telephone: (352) 373-4141
Facsimile:   (352) 372-0770
E-Mail(s): andy.vloedman@gmail.com
           pam@pvlawyers.com
Attorney for Plaintiff